UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-CR-00011-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MOHAMED ADAMS | ) | |

    **THIS MATTER** is before the Court on the government's Unopposed Motion to Consolidate. Having considered the government's motion and reviewed the pleadings, and consulted Judge Cogburn's Chambers, the Court enters the following Order.

## ORDER

    **IT IS THEREFORE ORDERED** that the government's Motion to Consolidate (Doc. 3) is **GRANTED**, and this matter is consolidated with the lower numbered case, 3:18-cr-00076-MOC, in accordance with LCrR 20.1, and the Clerk of Court is instructed to transfer this matter to the Honorable Max O. Cogburn, Jr., United States District Judge, for disposition.

Signed: February 5, 2020

Frank D. Whitney
Chief United States District Judge